SCOTT J. TEPPER (State Bar No. 51693)
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Email: stepper@raskinlawllp.com

Attorneys for Defendants Hudson Valley
Wealth Management and Christopher Conover

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROXY FINANCIAL CORP., a Delaware corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>HUDSON VALLEY WEALTH MANAGEMENT, a New York corporation; CHRISTOPHER CONOVER, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:<br><br>*[Sacramento County Superior Court Case No. 26CV004825]*<br><br>**CORPORATE AND CITIZENSHIP DISCLOSURES UNDER RULE 7.1(a), OF FEDERAL RULES OF CIVIL PROCEDURE** |

## I.

## CORPORATE DISCLOSURES

1.    Pursuant to Rule 7.1(a)(1), Federal Rules of Civil Procedure, Defendant Hudson Valley Wealth Management, a New York Corporation (hereafter "Hudson Valley"), states that it is a privately held New York corporation. It has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

2.    Pursuant to Rule 7.1(a)(1), Federal Rules of Civil Procedure, Hudson Valley states that it does not own any interest in any other corporation.

## II.

## CITIZENSHIP DISCLOSURES

3.    Pursuant to Rule 7.1(a)(2), Federal Rules of Civil Procedure, Hudson Valley

discloses that it is incorporated under the laws of the State of New York and has its principal place of business in the State of New York. Accordingly, Hudson Valley is a citizen of the State of New York for purposes of diversity jurisdiction under 28 U.S.C. § 1332(c)(1).

.    4.    Pursuant to Rule 7.1(a)(2), Federal Rules of Civil Procedure, Defendant Christopher Conover states that he is domiciled in the State of New York and accordingly is a citizen of the State of New York for purposes of diversity jurisdiction.

5.    Pursuant to Rule 7.1(a)(2), Federal Rules of Civil Procedure, and as revealed in the Complaint herein and public filings with the Florida Secretary of State, Plaintiff Proxy Financial Corp. is a Delaware corporation with its principal place of business in St. Petersburg, Florida. Accordingly, Plaintiff is a citizen of the States of Delaware and Florida for purposes of diversity jurisdiction under 28 U.S.C. § 1332(c)(1).

Dated: April 10, 2026

Respectfully submitted,

**RASKIN TEPPER SLOAN LAW**

*/s/ Scott J. Tepper*
By_____
Scott J. Tepper
Attorneys for Defendants Hudson Valley
Wealth Management and Christopher Conover

### PROOF OF SERVICE

Scott J. Tepper, attorney for Defendants in the above-captioned action declares as follows:

My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com . I am over the age of 18 and am not a party to this action.

On April 10, 2026, I served the foregoing CORPORATE AND CITIZENSHIP DISCLOSURES UNDER RULE 7.1(a), OF THE FEDERAL RULES OF CIVIL PROCEDURE on the interested parties in this action by the following means:

**BY U.S. MAIL:**  By placing in an envelope on the date set forth above a true and correct copy of the above-referenced document and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

> Vincent Van Ho, Esq.
> 901 H Street, Suite 120
> Sacramento, California 95814

**BY ELECTRONIC MAIL:**  By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address:  vincent@vholaw.com .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 10, 2026, at Los Angeles, California.


/s/ *Scott J. Tepper*
_____
SCOTT J. TEPPER