SCOTT J. TEPPER (State Bar No. 51693)
Email: stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Fax:        (310) 202-5540

Attorneys for Defendants Hudson Valley
Wealth Management and Christopher Conover

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROXY FINANCIAL CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON VALLEY WEALTH MANAGEMENT, a New York corporation; CHRISTOPHER CONOVER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:26-cv-01495-CSK<br><br>PROOF OF SERVICE OF: INITIAL SCHEDULING ORDER, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE AND NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION<br><br>. |

Scott J. Tepper declares as follows:

I am Defendants' attorney in this matter. My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com. I am over the age of 18 and am not a party to this action.

I am uncertain if Plaintiff's counsel, Vincent Van Ho, will receive notice of the aforesaid documents by their filing electronically with the Clerk of the Court using the CM/ECF system since Mr. Ho does not appear to be a member of the Bar of this Court. As a result, pursuant to Local Rule 135(b), service has been made as set forth below:

On April 11, 2026, I served this Proof of Service and the foregoing documents, (1)

PROOF OF SERVICE OF: INITIAL SCHEDULING ORDER, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE AND NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION

Page 1

<u>Initial Scheduling Order, Cases Assigned Under Appendix A, Subsection (M)</u>; (2) <u>Notice of Assignment to a United States Magistrate Judge and Declination of Consent Form</u>; and (3) <u>Notice of Availability Voluntary Dispute Resolution</u> (ECF Documents Nos. 2, 2-1 and 2-2) on the attorney for Plaintiff in this removed action in this action by the following means:

**BY U.S. MAIL:** By placing in an envelope on the date set forth above a true and correct copy of the above-referenced documents and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

> Vincent Van Ho, Esq.
> 901 H Street, Suite 120
> Sacramento, California 95814

**BY ELECTRONIC MAIL:** By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address:  vincent@vholaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 11, 2026, at Los Angeles, California.

/s/ *Scott J. Tepper*
_____
SCOTT J. TEPPER

---

**PROOF OF SERVICE OF: INITIAL SCHEDULING ORDER, NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE AND NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**
Page 2