SCOTT J. TEPPER (State Bar No. 51693)
Email: stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Tel.: (310) 202-5544
Fax: (310) 202-5540

Attorneys for Defendants Hudson Valley
Wealth Management, Inc. and Christopher Conover

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROXY FINANCIAL CORP., a Delaware corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**HUDSON VALLEY WEALTH MANAGEMENT, INC., a New York corporation; CHRISTOPHER CONOVER, an individual;**<br><br>Defendants. | Case No. 2:26-cv-01495-CSK<br><br>**[PROPOSED ALTERNATIVE] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO RULE 12(b)(3), F.R.Civ.P., AND 28 U.S.C. §§ 1391 & 1406(a); AND TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Hearing Date:                    May 26, 2026<br>Time:                                    10:00 a.m.<br>Place:            Courtroom 25, 8th Floor<br><br>Judge:                    Hon. Chi Soo Kim,<br>                         U.S. Magistrate Judge |

The motion of Defendants Hudson Valley Wealth Management, Inc. and Christopher Conover to dismiss or transfer this action for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 1391 and 1406(a) came on regularly for hearing on May 26, 2026, at 10:00 a.m., before the Honorable Chi Soo Kim, United States Magistrate Judge, in Courtroom 25 of the above-entitled Court.

Appearances were: Scott J. Tepper of Raskin Tepper Sloan Law appeared on behalf of Defendants. [Counsel for Plaintiff appeared / No appearance was made on behalf of Plaintiff.]

The Court, having considered the moving papers, any opposing papers, any reply papers, and the arguments of counsel, and proof having been made to the satisfaction of the Court, and

good cause appearing therefor, the Court finds and Orders as follows:

1.      Venue in the Eastern District of California is improper under 28 U.S.C. § 1391(b). No defendant resides in this district within the meaning of § 1391(b)(1) and (c); no substantial part of the events or omissions giving rise to the claims occurred in this district within the meaning of § 1391(b)(2); and the residual catch-all provision of § 1391(b)(3) is unavailable because a proper district exists elsewhere.

2.      The Complaint of Plaintiff Proxy Financial Corp. does not establish, and Plaintiff has not demonstrated, that venue is proper in this judicial district under any prong of 28 U.S.C. § 1391(b).

3.      The Southern District of New York is a district in which the action could have been brought, as Defendants reside there within the meaning of 28 U.S.C. § 1391(b)(1) and (c), and a substantial part of the events giving rise to Plaintiff's claims occurred there within the meaning of § 1391(b)(2).

4.      Transfer of venue rather than dismissal is in the interest of justice. Transfer will allow the United States District Court for the Southern District of New York to hear and determine any motion to compel arbitration.

5.      Defendants' Motion to Transfer Venue is granted.

6.      This action is hereby transferred to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1406(a).

7.      The Clerk of this Court is directed to transfer the entire file in this action, including all pleadings, motions, and other papers filed herein, to the Clerk of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, and to provide notice of the transfer to all parties. Upon completion of the transfer, the Clerk of this Court is directed to close this case.

IT IS SO ORDERED.

Dated: May ___, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

**[PROPOSED ALTERNATIVE] ORDER GRANTING DEFENDANTS' MOTION TO**     **Page 2**
**TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK**

## PROOF OF SERVICE

Scott J. Tepper declares as follows:

I am Defendants' attorney in this matter. My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com. I am over the age of 18 and am not a party to this action.

Pursuant to Local Rule 135(b), service has been made as set forth below:

On April 30, 2026, I served the foregoing document, [PROPOSED ALTERNATIVE] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO RULE 12(b)(3), F.R.Civ.P., AND 28 U.S.C. §§ 1391 & 1406(a); AND TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK on the attorney for Plaintiff in this removed action by the following means:

**BY U.S. MAIL:**  By placing in an envelope on the date set forth above a true and correct copy of the above-referenced documents and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

> Vincent Van Ho, Esq.
> 901 H Street, Suite 120
> Sacramento, California 95814

**BY ELECTRONIC MAIL:**  By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address:  vincent@vholaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 30, 2026, at Los Angeles, California.

/s/ *Scott J. Tepper*
_____
SCOTT J. TEPPER