SCOTT J. TEPPER (State Bar No. 51693)
Email: stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Fax: (310) 202-5540

Attorneys for Defendants Hudson Valley
Wealth Management and Christopher Conover

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROXY FINANCIAL CORP., a Delaware corporation,<br><br>                Plaintiff and Counter-Defendant,<br><br>vs.<br><br>HUDSON VALLEY WEALTH MANAGEMENT, a New York corporation; CHRISTOPHER CONOVER, an individual,<br><br>                Defendants and Counter-Claimants. | Case No.: 2:26-cv-01495-CSK<br><br>**CORRECTED STATEMENT AND SUPPLEMENTAL DECLARATION OF SCOTT J. TEPPER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE**<br><br>Hearing Date:        May 26, 2026 - Vacated<br><br>Judge:        Hon. Chi Soo Kim,<br>        U.S. Magistrate Judge |

Scott J. Tepper declares as follows:

1.    I am the attorney of record for Defendants and Counter-Claimants Hudson Valley Wealth Management, Inc. and Christopher Conover in this action. I make this statement and supplemental declaration in further support of Defendants' pending motion to dismiss or transfer this action for improper venue, originally filed on April 14, 2026.

2.    I make this supplemental declaration to bring to the Court's attention several developments that have occurred since the motion was filed, which bear directly on the Court's determination of whether to dismiss or transfer this action, and in particular on the question whether transfer to the Southern District of New York is preferable to outright dismissal.

3.    Today, Defendants filed and served their Answer to Complaint and Counterclaim

in this action (ECF No. 10).

4.     The Answer and Counterclaim asserts three claims against Counter-Defendant Proxy Financial Corp. ("Proxy"). As material to the Motion under consideration is the third claim, for declaratory relief. It seeks a judicial declaration that Proxy has waived and forfeited any right to compel arbitration or mediation of this dispute by virtue of its litigation conduct, which was inconsistent with a right to arbitration, and which conduct is set forth in the third claim in some detail.

5.     Defendants filed the Answer and Counterclaim both to document and preserve the claims should this matter be transferred to the Southern District of New York and because the American Arbitration Association ("AAA") and Mr. Ho are proceeding with the arbitration notwithstanding that no motion to compel arbitration has been made by Mr. Ho, or an attorney admitted to practice in this Court, nor did Mr. Ho seek to voluntarily dismiss this case under Rule 41(a)(1), F.R.Civ.P., when he could have done so.

6.     The AAA has not closed its arbitration file notwithstanding Defendants' objections to the arbitration during the pendency of this lawsuit. The AAA has not acted on undersigned counsel's request that the arbitration be closed unless Proxy moves to compel arbitration and is successful. To the contrary, the AAA has recently communicated to the parties requesting that they should proceed to the selection of an arbitrator.

7.     A judicial declaration resolving whether Proxy has forfeited its right to compel arbitration is therefore required. Dismissal of this action without prejudice would delay that determination, leaving Defendants exposed to parallel AAA proceedings that they contend Proxy has no right to pursue. Transfer to the Southern District of New York would permit that Court to address that question promptly and in conjunction with the merits of all pending claims.

8.     Although he was directed by the Court to do so, Plaintiff's counsel has not filed any response to Defendants' motion to dismiss or transfer for improper venue, nor has he become a member of the Bar of this Court according to the list of admitted attorneys on the Court's website.

9.      For all of the foregoing reasons, Defendants respectfully request this Court to transfer this action to the United States District Court for the Southern District of New York, rather than dismissing it outright, so that all claims and counterclaims — including the Third Counterclaim for Declaratory Relief concerning the AAA arbitration proceeding — may be resolved in a single proceeding in a proper venue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on May 13, 2026, at Los Angeles, California.

/s/ *Scott J. Tepper*

SCOTT J. TEPPER

## **PROOF OF SERVICE**

Scott J. Tepper declares as follows:

I am Defendants' attorney in this matter. My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com. I am over the age of 18 and am not a party to this action.

Pursuant to Local Rule 135(b), service has been made as set forth below.

On May 13, 2026, I served the foregoing CORRECTED STATEMENT AND SUPPLEMENTAL DECLARATION OF SCOTT J. TEPPER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE on the interested parties in this action by the following means:

**BY U.S. MAIL:**  By placing in an envelope on the date set forth above a true and correct copy of the above-referenced document and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

> Vincent Van Ho, Esq.
> 901 H Street, Suite 120
> Sacramento, California 95814

**BY ELECTRONIC MAIL:**  By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address:  vincent@vholaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 13, 2026, at Los Angeles, California.


/s/ *Scott J. Tepper*
_____
SCOTT J. TEPPER

**CORRECTED STATEMENT AND SUPPLEMENTAL DECLARATION OF SCOTT J. TEPPER   Page 4**