SCOTT J. TEPPER (State Bar No. 51693)
Email: stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Fax: (310) 202-5540

Attorneys for Defendants and Counter-Claimants Hudson Valley Wealth Management and Christopher Conover

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROXY FINANCIAL CORP., a Delaware corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>HUDSON VALLEY WEALTH MANAGEMENT, a New York corporation; CHRISTOPHER CONOVER, an individual,<br><br>Defendants and Counter-Claimants. | Case No.: 2:26-cv-01495-CSK<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS PENDING PLAINTIFF'S COMPLIANCE WITH CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(c)**<br><br>Hearing Date: September 1, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 25, 8th Floor<br><br>Judge: Hon. Chi Soo Kim, U.S. Magistrate Judge |

The Court has considered Defendants and Counter-Claimants Hudson Valley Wealth Management and Christopher Conover's Notice of Motion and Motion to Stay These Proceedings Pending the Plaintiff's Compliance with California Corporations Code §§ 2105 and 2203(c), the opposition and reply thereto, the Declaration of Scott J. Tepper and Exhibits 1, 2 and 3 thereto, the Declaration of Bryan Caulkins (ECF No. 27-1), the pleadings and papers on file, and the argument of counsel. The Court has also inquired of Plaintiff as to the time reasonably required for it to qualify to transact business in California and to comply with California Corporations Code § 2203(c).

The Court finds that Plaintiff Proxy Financial Corp. ("Proxy Financial") is a foreign

corporation that transacts intrastate business in California within the meaning of California Corporations Code § 191(a); that Proxy Financial had not obtained a certificate of qualification from the California Secretary of State under California Corporations Code § 2105 when it commenced this action and has not obtained one since; and that this action is brought upon the business it has so transacted. Under California Corporations Code § 2203(c), Proxy Financial may not maintain its Complaint in this action until it has complied with that statute.

Good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' motion is GRANTED.

2. Except as provided in paragraph 3 below, all proceedings in this action are STAYED until Proxy Financial has qualified to transact business in California and has complied with California Corporations Code §§ 2105 and 2203(c), by:

(a) obtaining a certificate of qualification from the California Secretary of State pursuant to California Corporations Code § 2105;

(b) filing with the Clerk of this Court receipts showing payment of all fines, fees and franchise taxes and any other taxes on business or property in California that should have been paid for the period during which Proxy Financial has transacted business in California.

3. The stay ordered in paragraph 2 does not apply to, and this Court retains full authority to determine, the two motions currently pending in this action — the motion respecting venue and transfer under 28 U.S.C. § 1404(a) (ECF No. 4) and the motion to compel arbitration (ECF No. 15) and to do all things necessary to their determination.

4. Within ____________ days of the date of this Order, Proxy Financial shall file with the Court the receipts described in paragraph 2(b), above, and such other proof as establishes that it has qualified to transact business in California and has complied with California Corporations Code § 2203(c), together with a report describing its compliance.

5. If Proxy Financial has not filed the receipts described in paragraph 2(b), above, or has not otherwise established that it has properly qualified, within the time allowed by

paragraph 4, the Complaint in this action shall be dismissed. Any such dismissal shall not affect the Counterclaim of Defendants and Counter-Claimants, which shall survive.

IT IS SO ORDERED.

Dated: _______________, 2026

_________________________________
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

Scott J. Tepper declares as follows:

I am Defendants and Counter-Claimants' attorney in this matter. My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com. I am over the age of 18 and am not a party to this action.

Emily A. Brandenburg, counsel of record appearing for Plaintiff Proxy Financial Corp., is a Member of the Bar of this Court who receives filed documents via the CM/ECF system.

Vincent Van Ho, also counsel of record, is not a Member of the Bar of this Court and pursuant to Local Rule 135(b), service has been made on Vincent Van Ho as set forth below.

On July 24, 2026, I served the foregoing [PROPOSED] ORDER STAYING PROCEEDINGS PENDING PLAINTIFF'S COMPLIANCE WITH CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(c) on the interested parties in this action by the following means:

BY U.S. MAIL: By placing in an envelope on the date set forth above a true and correct copy of the above-referenced document and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

Vincent Van Ho, Esq.
901 H Street, Suite 120
Sacramento, California 95814

BY ELECTRONIC MAIL: By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address: vincent@vholaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2026, at Los Angeles, California.

/s/ Scott J. Tepper

SCOTT J. TEPPER