SCOTT J. TEPPER (State Bar No. 51693)
Email: stepper@raskinlawllp.com
RASKIN TEPPER SLOAN LAW
11333 Iowa Avenue
Los Angeles, California 90025-4214
Telephone: (310) 202-5544
Fax: (310) 202-5540

Attorneys for Defendants and Counter-Claimants Hudson Valley Wealth Management and Christopher Conover

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROXY FINANCIAL CORP., a Delaware corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>HUDSON VALLEY WEALTH MANAGEMENT, a New York corporation; CHRISTOPHER CONOVER, an individual,<br><br>Defendants and Counterclaimants. | Case No.: 2:26-cv-01495-CSK<br><br>**DECLARATION OF SCOTT J. TEPPER IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING THE PLAINTIFF'S COMPLIANCE WITH CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(c); AND EXHIBITS 1, 2 AND 3**<br><br>Hearing Date: September 1, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 25, 8th Floor<br><br>Judge: Hon. Chi Soo Kim, U.S. Magistrate Judge |

Scott J. Tepper declares as follows:

1. I am the attorney of record for Defendants and Counter-Claimants Hudson Valley Wealth Management, Inc. and Christopher Conover in this action. I make this declaration in support of the motion Defendants have made to stay proceedings pending Plaintiff's compliance with California Corporations Code §§ 2105 and 2203(c).

2. Attached hereto and marked as Exhibit 1 is a true and correct copy of a "Certificate of No Record" for Proxy Financial Corp. that I obtained from the California Secretary of State and which I received on or about April 10, 2026.

3. Attached hereto and marked as Exhibit 2 is a true and correct copy of the 2025 Foreign Profit Corporation Annual Report of Proxy Financial Corp. that I obtained from the website of the Florida Secretary of State on or about March 27, 2026.

4. Attached hereto and marked as Exhibit 3 is a true and correct copy of the 2026 Foreign Profit Corporation Annual Report of Proxy Financial Corp. that I obtained from the website of the Florida Secretary of State on or about March 27, 2026.

5. On July 23, 2026 I accessed the website of the California Secretary of State and queried its "Business Search" function to determine whether Proxy Financial Corp. or Proxy Financial was registered as a corporation or qualified as a foreign corporation to conduct business in California. The website page for the searches responded as to each that "No results were found."

I declare, under penalty of perjury under the laws of the United States, that this declaration is true and correct, and that it is executed this 23rd day of July 2026 at Los Angeles, California.

/s/ Scott J. Tepper

SCOTT J. TEPPER

# EXHIBIT 1

# State of California
## Secretary of State

### Certificate of No Record
### Corporation

I, SHIRLEY N. WEBER, PH.D., Secretary of State of the State of California, hereby certify:

That the Corporations Code of the State of California provides for the preparation and execution of Articles of Incorporation and their filing in the office of the Secretary of State in order to incorporate a California corporation; and

That the Corporations Code of the State of California provides for the filing in the office of the Secretary of State of a Statement and Designation and a Certificate of Good Standing (certified copy of Articles or Certificate of Incorporation as to a corporation qualified prior to September 18, 1959) in order to qualify a foreign corporation to transact intrastate business in this State.

I further certify that a diligent search has been made in the corporate files of this office and that there is no record of a California or foreign corporation, active or inactive, of the name: **PROXY FINANCIAL CORP.**




**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of April 10, 2026.

**Shirley N. Weber, Ph.D.**
**Secretary of State**

*NP-25 (REV 01/2021)*

NLH

# EXHIBIT 2

**2025 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F23000001609

**FILED**
**Mar 06, 2025**
**Secretary of State**
**0555744475CC**

**Entity Name:** PROXY FINANCIAL CORP

**Current Principal Place of Business:**

7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702

**Current Mailing Address:**

2980 NE 207TH ST
UNIT 318
AVENTURA, FL 33180 US

**FEI Number: 88-3264899**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC
7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DAVID ROBERTS 03/06/2025

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | SECRETARY |
| Name | DAVIDSON, CHRISTOPHER | Name | DAVIDSON, CHRISTOPHER |
| Address | 7901 4TH ST N STE 300 | Address | 7901 4TH ST N STE 300 |
| City-State-Zip: | ST. PETERSBURG FL 33702 | City-State-Zip: | ST. PETERSBURG FL 33702 |
| Title | TREASURER | Title | DIRECTOR |
| Name | DAVIDSON, CHRISTOPHER | Name | DAVIDSON, CHRISTOPHER |
| Address | 7901 4TH ST N STE 300 | Address | 7901 4TH ST N STE 300 |
| City-State-Zip: | ST. PETERSBURG FL 33702 | City-State-Zip: | ST. PETERSBURG FL 33702 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTOPHER DAVIDSON PRESIDENT 03/06/2025

Electronic Signature of Signing Officer/Director Detail — Date

# EXHIBIT 3

**2026 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F23000001609

**FILED**
**Feb 10, 2026**
**Secretary of State**
**9811339965CC**

**Entity Name:** PROXY FINANCIAL CORP

**Current Principal Place of Business:**

7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702

**Current Mailing Address:**

7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702 US

**FEI Number: 88-3264899**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

REGISTERED AGENTS INC
7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DAVID ROBERTS 02/10/2026

Electronic Signature of Registered Agent — Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | SECRETARY |
| Name | DAVIDSON, CHRISTOPHER | Name | DAVIDSON, CHRISTOPHER |
| Address | 7901 4TH ST N STE 300 | Address | 7901 4TH ST N STE 300 |
| City-State-Zip: | ST. PETERSBURG FL 33702 | City-State-Zip: | ST. PETERSBURG FL 33702 |
| Title | TREASURER | Title | DIRECTOR |
| Name | DAVIDSON, CHRISTOPHER | Name | DAVIDSON, CHRISTOPHER |
| Address | 7901 4TH ST N STE 300 | Address | 7901 4TH ST N STE 300 |
| City-State-Zip: | ST. PETERSBURG FL 33702 | City-State-Zip: | ST. PETERSBURG FL 33702 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTOPHER DAVIDSON PRESIDENT 02/10/2026

Electronic Signature of Signing Officer/Director Detail — Date

**PROOF OF SERVICE**

Scott J. Tepper declares as follows:

I am Defendants and Counter-Claimants' attorney in this matter. My business address is 11333 Iowa Avenue, Los Angeles, California 90025-4214, and my email address is stepper@raskinlawllp.com. I am over the age of 18 and am not a party to this action.

Emily A. Brandenburg, counsel of record appearing for Plaintiff Proxy Financial Corp., is a Member of the Bar of this Court who receives filed documents via the CM/ECF system.

Vincent Van Ho, also counsel of record, is not a Member of the Bar of this Court and pursuant to Local Rule 135(b), service has been made on Vincent Van Ho as set forth below.

On July 24, 2026, I served the foregoing DECLARATION OF SCOTT J. TEPPER IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING THE PLAINTIFF'S COMPLIANCE WITH CALIFORNIA CORPORATIONS CODE §§ 2105 AND 2203(c); AND EXHIBITS 1, 2 AND 3 on the interested parties in this action by the following means:

BY U.S. MAIL: By placing in an envelope on the date set forth above a true and correct copy of the above-referenced document and depositing the envelope in the United States mail, first-class postage prepaid and affixed, and addressed as follows:

Vincent Van Ho, Esq.
901 H Street, Suite 120
Sacramento, California 95814

BY ELECTRONIC MAIL: By transmitting on the date set forth above a true and correct copy of the above-referenced document in PDF format via electronic mail to the following email address: vincent@vholaw.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2026, at Los Angeles, California.

/s/ Scott J. Tepper

SCOTT J. TEPPER